No. 11–11042. WEEKS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–11043. CASTRO-MAGAMA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–11044. HAGINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–11045. MIRANDA v. ANCHONDO ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–11046. MYLES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–11047. LEYVA PECINA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–11048. PHILLIPS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–11049. MCCLENDON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 11–11050. NOCK v. RODEN, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK. C. A. 1st Cir. Certiorari denied.

No. 11–11051. BLACK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–11052. GOMEZ v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 11–11053. GARY v. HILL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–11055. HUNT v. RAND. C. A. 4th Cir. Certiorari denied.

No. 11–11056. HOLMES v. CITY OF SHORELINE, WASHINGTON. Super. Ct. Wash., King County. Certiorari denied.

No. 11–11057. GOODWIN, AKA ROSS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.